# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TIMOTHY R. NELSON,**

        **Plaintiff,**

v.                                             Case No: 6:21-cv-1221-PGB-DCI

**MIDLAND CREDIT**
**MANAGEMENT, INC.,**

        **Defendant.**
_____/

## ORDER

The Court has been advised that the above-styled action has been settled. (Doc. 14). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

      **DONE AND ORDERED** in Orlando, Florida on September 27, 2021.

/s/ Paul G. Byron
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

/s/ Paul G. Byron
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties